UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WIGBERTO E. VIERA,<br><br>                    Plaintiff,<br><br>     -against-<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | 24 CIVIL 1862 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 7, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 13, 2025

   New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge